## Homeowner Transaction History
## The Timbers
## Account#: 1023001201

**Miesha L Ross**

**15140 E. Hampden Cir.**

**Aurora, CO 80014**

**Property Address**

15140 E. Hampden Cir. Aurora, CO 80014

| Posting Date | Posting Code | Description | Notation Ref # | Amount | Open Amount | Balance |
|---|---|---|---|---|---|---|
| 5/31/2017 | Prev Mgt Balance Forward | Prev Mgt Balance Forward | | $1,636.15 | $0.00 | $1,636.15 |
| 6/1/2017 | Assessment | June 2017 - Assessments | | $310.00 | $0.00 | $1,946.15 |
| 6/9/2017 | Payment | Payment Received - Thank You | p/DC | ($155.00) | $0.00 | $1,791.15 |
| 6/23/2017 | Payment - Citywide | Payment Received - Thank You | p/DC | ($155.00) | $0.00 | $1,636.15 |
| 6/30/2017 | Late Interest | Late Interest | p/DC | $8.07 | $0.00 | $1,644.22 |
| 6/30/2017 | Late Fee | Late Fee | p/DC | $25.00 | $0.00 | $1,669.22 |
| 7/1/2017 | Assessment | July 2017 - Assessments | | $310.00 | $0.00 | $1,979.22 |
| 7/7/2017 | Payment - Citywide | Payment Received - Thank You | p/DC | ($155.00) | $0.00 | $1,824.22 |
| 8/1/2017 | Assessment | August 2017 - Assessments | | $310.00 | $0.00 | $2,134.22 |
| 8/31/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $2,159.22 |
| 9/1/2017 | Assessment | September 2017 - Assessments | | $310.00 | $0.00 | $2,469.22 |
| 9/30/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $2,494.22 |
| 9/30/2017 | Lien Fee | Lien Fee | | $100.00 | $0.00 | $2,594.22 |
| 10/1/2017 | Assessment | October 2017 - Assessments | | $310.00 | $0.00 | $2,904.22 |
| 10/31/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $2,929.22 |
| 11/1/2017 | Assessment | November 2017 - Assessments | | $310.00 | $0.00 | $3,239.22 |
| 11/2/2017 | Legal Fees | Alcock Law 11/1/17 | 938 | $142.50 | $0.00 | $3,381.72 |
| 11/30/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $3,406.72 |
| 12/1/2017 | Assessment | December 2017 - Assessments | | $310.00 | $0.00 | $3,716.72 |
| 12/1/2017 | Legal Fees | Alcock Law 12/1/17 | 1106 | $1,573.50 | $0.00 | $5,290.22 |
| 12/31/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $5,315.22 |
| 1/1/2018 | Assessment | January 2018 - Assessments | | $340.00 | $0.00 | $5,655.22 |
| 1/3/2018 | Legal Fees | Alcock Law 1/1/18 | 1198 | $589.00 | $0.00 | $6,244.22 |
| 1/31/2018 | Payment | Payment Received - Thank You - ALG | 5379 | ($340.00) | $0.00 | $5,904.22 |
| 1/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $5,929.22 |
| 2/1/2018 | Assessment | February 2018 - Assessments | | $340.00 | $0.00 | $6,269.22 |
| 2/2/2018 | Legal Fees | Alcock Law 2/1/18 | 1264 | $520.76 | $0.00 | $6,789.98 |
| 2/28/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $6,814.98 |
| 3/1/2018 | Payment | Payment Received - Thank You - ALG | 4623 | ($340.00) | $0.00 | $6,474.98 |
| 3/1/2018 | Assessment | March 2018 - Assessments | | $340.00 | $0.00 | $6,814.98 |
| 3/5/2018 | Legal Fees | Alcock Law 3/1/18 | 1349 | $643.50 | $0.00 | $7,458.48 |
| 3/30/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,483.48 |
| 4/1/2018 | Assessment | April 2018 - Assessments | | $340.00 | $0.00 | $7,823.48 |
| 4/5/2018 | Payment | Payment Received - Thank You - ALG | 6362 | ($340.00) | $0.00 | $7,483.48 |
| 4/30/2018 | Payment | Payment Received - Thank You - ALG | 6363 | ($365.00) | $0.00 | $7,118.48 |
| 4/30/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,143.48 |
| 5/1/2018 | Assessment | May 2018 - Assessments | | $340.00 | $291.48 | $7,483.48 |
| 5/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,508.48 |
| 6/1/2018 | Assessment | June 2018 - Assessments | | $340.00 | $340.00 | $7,848.48 |
| 6/4/2018 | Legal Fees | Alcock Law 6/1/18 | 1671 | $22.00 | $0.00 | $7,870.48 |
| 6/30/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,895.48 |
| 7/1/2018 | Assessment | July 2018 - Assessments | | $340.00 | $340.00 | $8,235.48 |
| 7/12/2018 | Payment | Payment Received - Thank You - ALG | 9437016441 | ($365.00) | $0.00 | $7,870.48 |
| 7/12/2018 | Payment | Payment Received - Thank You - ALG | 9437016443 | ($340.00) | $0.00 | $7,530.48 |
| 7/12/2018 | Payment | Payment Received - Thank You - ALG | 9437016445 | ($365.00) | $0.00 | $7,165.48 |
| 7/25/2018 | Bankruptcy - Credit | Move Claim to Bankruptcy Ledger - P/ALG 12/26/17 Bankruptcy | | ($5,879.00) | $0.00 | $1,286.48 |
| 7/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $1,311.48 |
| 8/1/2018 | Assessment | August 2018 - Assessments | | $340.00 | $340.00 | $1,651.48 |
| 8/28/2018 | Payment | Payment Received - Thank You - ALG | 9437016444 | ($340.00) | $0.00 | $1,311.48 |
| 8/31/2018 | Late Fee | Late Fee | | $25.00 | $25.00 | $1,336.48 |

11/1/2018

# EXHIBIT B

| Date | Type | Description | Ref | Charge | Amount | Balance |
|---|---|---|---|---|---|---|
| 9/1/2018 | Assessment | September 2018 - Assessments | | $340.00 | $340.00 | $1,676.48 |
| 9/6/2018 | Legal Fees | Alcock Law 9/4/18 | 1976 | $342.00 | $342.00 | $2,018.48 |
| 9/30/2018 | Late Fee | Late Fee | | $25.00 | $25.00 | $2,043.48 |
| 10/1/2018 | Assessment | October 2018 - Assessments | | $340.00 | $340.00 | $2,383.48 |
| 10/31/2018 | Late Fee | Late Fee | | $25.00 | $25.00 | $2,408.48 |
| 11/1/2018 | Assessment | November 2018 - Assessments | | $340.00 | $340.00 | $2,748.48 |

11/1/2018