UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In Re:                                                              Chapter 13

MIESHA LASHON ROSS                       Case No. 17-21645-EEB

_____

**WITHDRAWAL OF MOTION TO DISMISS BANKRUPTCY**

_____

       COMES NOW, THE TIMBERS HOMEOWNERS ASSOCIATION I, INC. ("Association") and Debtor, through undersigned counsel, hereby file this Withdrawal of Motion to Dismiss Bankruptcy stating as follows:

1.      The Association filed a Motion to Dismiss Bankruptcy on November 14, 2018 (Doc. 34) for failure to make post-petition assessment payments.

2.      The parties entered into a Stipulation for Resolution of the Motion to Dismiss.

3.      The terms of the Stipulation have now been satisfied and so the Association submits this withdrawal of the Motion to Dismiss.

Dated this 18th day of June 2019.

ALCOCK LAW GROUP, PC

By */s/ Tammy M. Alcock*
Tammy M. Alcock, #39816
19751 E Mainstreet, Suite 225
Parker, CO 80138
(303) 993-5400
Tammy@Alcocklawgroup.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing **WITHDRAWAL OF MOTION TO DISMISS BANKRUPTCY,** was forwarded to all parties of interest as listed below or attached hereto by Electronic Mail or First Class Mail, postage prepaid, this 18th day of June, 2019, as follows:

Meisha LaShon Ross
15140 E. Hampden Circle
Aurora CO  80014

Meisha LaShon Ross
1155 S. Havana St., #11-499
Aurora CO  80012

Carl G. Fritz, Esq.
Wachsmann & Associates, P.C.
6053 S. Quebec St., Suite 103
Englewood CO  80111
carl@wachslaw.com

Douglas B. Kiel
Chapter 13 Trustee
7100 E. Bellview Ave., Ste. 300
Greenwood Village, CO 80111

US Bankruptcy Court
US Custom House
721 19th Street
Denver CO  80202-2508

Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294


                                      ALCOCK LAW GROUP, PC

                                      By */s/ Tammy M. Alcock*
                                      Tammy M. Alcock, #39816
                                      19751 E. Mainstreet, Suite 225
                                      Parker, Colorado 80138
                                      (303) 993-5400
                                      tammy@alcocklawgroup.com